```
             FILED        ENTERED
             LODGED       RECEIVED

             SEP 29 2006

                AT SEATTLE
         CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
  BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK L. MCCALL, Jr., et al., ) | |
| ) | |
| Plaintiffs, ) | CASE NO.   C06-1038-JLR-MJB |
| ) | |
| v. ) | |
| ) | |
| CITY OF BATON ROUGE, et al., ) | ORDER DISMISSING § 1983 ACTION |
| ) | |
| Defendants. ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is DENIED.

(3)   The complaint and this action are DISMISSED without prejudice.

(4)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Benton.

DATED this 29th day of September, 2006.

JAMES L. ROBART
United States District Judge

06-CV-01038-ORD

ORDER DISMISSING § 1983 ACTION